**Dismissed and Memorandum Opinion filed October 11, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00375-CV

---

**AKINDELE OLUFOWOSHE, Appellant**

**V.**

**LANCE PINKERTON AND WILLOW TRACE OWNERS, Appellees**

---

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-192884**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 9, 2012. On September 26, 2012, appellant filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.